IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH EDWARD ROGERS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 14-319-GMS |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 26th day of March, 2014,

the court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $14,448.00. (D.I. 4)

2. The plaintiff shall pay the $400.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

UNITED STATES DISTRICT JUDGE