IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH EDWARD ROGERS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 14-319-GMS |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## SHOW CAUSE ORDER

At Wilmington this 2nd day of March, 2016, the complaint in the above-captioned case having been filed on March 10, 2014;

IT IS ORDERED that, on or before March 23, 2016 the plaintiff shall show cause why the complaint should not be dismissed for failure to effect proper service of process as required, pursuant to Fed. R. Civ. P. 4(c)(2) and (i) and 20 C.F.R. § 423.1, which provides that service shall be made upon: (1) the Commissioner of Social Security/Social Security Administration, Office of General Counsel, Region III (P.O. Box 41777, Philadelphia, PA 19101); (2) the United States Attorney for the District of Delaware (The Nemours Building, 1007 Orange Street, Suite 700, P. O. Box 2046, Wilmington, DE 19899-2046); and (3) the Attorney General of the United States (U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001). The court docket reflects that the Commissioner of Social Security was improperly served at an address located in Dover, Delaware.

_____
UNITED STATES DISTRICT JUDGE